**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Victor Manuel VARELA, Defendant–
Appellant.**

No. 05–10144.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

Susan B. Cowger, Sarah Ruth Saldana, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

---

PER CURIAM: *

The Federal Public Defender, appointed to represent Victor Manuel Varela, has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Varela has not filed a response to the motion. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Court-appointed counsel for Elmer Ivan Garth–Davinson Canales has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Davinson was notified of counsel's motion, but he has not filed a response. Our review of counsel's brief and the record discloses no nonfrivolous issue for appeal. The motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.